WILLIAM HANDLEY v. LOCAL UNION NO. 45.

September 5, 1978. Petition for certification denied.

BOARD OF TRUSTEES OF MERCER COUNTY COMMUNITY COLLEGE v. ARTHUR R. SYPEK, SR.

September 5, 1978. Petition for certification denied. (See 160 *N. J. Super.* 452)

STATE OF NEW JERSEY v. EVELYN LOWITT.

September 19, 1978. Petition for certification denied.

HARVEY FRIEDMAN v. KENNETH HENRIQUES.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GERARD M. GORDON.

September 19, 1978. Petition for certification denied.

FRED E. ALLEN v. FAYSON LAKE COMMUNITY, INC.

September 19, 1978. Petition for certification denied.